JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                Petitioner,<br><br>   v.<br><br>NI CHI NGUYEN and CHUNG VAN DO,<br><br>                Respondents. | No. 08-5265-SBA<br><br>**FURTHER STATUS REPORT; AND ORDER** |

    The petitioner hereby submits this further status report in the above-captioned matter.

    The U.S. Attorney's Office has still not been able to locate either of the respondents in order to properly serve them with the Court's Orders to Show Cause, along with the petition, supporting memorandum, and supporting declaration.  The Immigration Judge has moved the removal hearing in Immigration Court to May 1, 2009, and intends to have a status conference with the parties to that proceeding to discuss, among other things, whether any of the parties have suggestions for locating the respondents.  In light of the fact that the status conference could potentially develop information which might assist the U.S. Attorney's Office in locating the respondents, the government seeks permission to submit a further status report in six weeks, which will give the Immigration Judge time to schedule a status conference and for the government to report the results of that status conference to this Court.

1

Dated:   February 4, 2009          Respectfully submitted,

JOSEPH P. RUSSONEILLO
United States Attorney

         /s/
EDWARD A. OLSEN
Assistant United States Attorney

## ORDER

In light of the fact that the petitioner has been unable to successfully serve either of the respondents in the above-captioned matter in compliance with Federal Rule of Civil Procedure 4, and in light of the fact that the Immigration Juge has re-scheduled the removal proceeding to May 1, 2009, and will hold a status conference with the parties to determine if any of the parties has suggestions for locating the respondents, the government is directed to provide the Court with a further status report within six weeks of the date of this Order.

Dated: February 6, 2009          _____/s/ Saundra B Armstrong_____
                                 SAUNDRA B. ARMSTRONG
                                 United States District Judge

2