1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Petitioner

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   UNITED STATES DEPARTMENT OF        )
12 JUSTICE, EXECUTIVE OFFICE FOR      )   No. 08-5265-SBA
   IMMIGRATION REVIEW,                )
13                                    )
                   Petitioner,        )   **PETITIONER'S REQUEST TO VACATE**
14                                    )   **THE CASE MANAGEMENT**
              v.                      )   **CONFERENCE; AND ORDER**
15                                    )
   NI CHI NGUYEN and CHUNG VAN DO,    )
16                                    )
                                      )
17                 Respondents.       )
                                      )
18 _____  )

19     The petitioner hereby asks this Court to vacate the case management conference in the above-

20 entitled matter, currently scheduled for February 25, 2009, in light of the following:

21     As set forth in the petitioner's status report of February 4, 2009, the U.S. Attorney's Office has

22 not been able to locate either of the respondents in order to properly serve them with the Court's

23 Orders to Show Cause, along with the petition, supporting memorandum, and supporting

24 declaration.  The Immigration Judge has moved the removal hearing in Immigration Court to May

25 1, 2009, and intends to have a status conference with the parties to that proceeding to discuss,

26 among other things, whether any of the parties have suggestions for locating the respondents.

27     On February 4, 2009, in light of the fact that the status conference could potentially develop

28 information which might assist the U.S. Attorney's Office in locating the respondents, the

   petitioner sought permission to submit a further status report in six weeks, which will give the

                                       1

1  Immigration Judge time to schedule a status conference and for the government to report the results

2  of that status conference to this Court.  On February 9, 2009, this Court signed the petitioner's

3  proposed order, directing the government to file a status report within six weeks of the Court's

4  order.

5      In light of the fact that the respondents to this action have not yet been properly served and that

6  the Court has directed the petitioner to file a status report within six weeks of February 9, 2009, the

7  petitioner respectfully asks this Court to vacate the case management conference scheduled for

8  February 25, 2009, as unnecessary.

9

10     Dated:  February 19, 2009                Respectfully submitted,

11
                                              JOSEPH P. RUSSONEILLO
12                                             United States Attorney

13

14                                                /s/
                                              EDWARD A. OLSEN
15                                             Assistant United States Attorney

16
                                          **ORDER**
17
       The case management conference concurrently for February 25, 2009 is CONTINUED to May
18
   13, 2009, at 3:00 p.m. via telephone. The parties shall **meet and confer** prior to the conference and
19
   shall prepare a joint Case Management Conference Statement which shall be filed no later than ten
20
   (10) days prior to the Case Management Conference  that complies with the Standing Order For All
21
   Judges Of The Northern District Of California and the Standing Order of this Court.  Petitioners
22
   shall be responsible for filing the statement as well as for arranging the conference call.  All parties
23
   shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
24

25  Dated: February 23, 2009          _____
                                      SAUNDRA B. ARMSTRONG
26                                     United States District Judge

27

28

2